UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| FRANCISCO BROWN, | ) | |
| Petitioner, | ) | |
| v. | ) | CAUSE NO. 3:06-CV-771 TS |
| WILLIAM WILSON, | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Petitioner Francisco Brown, a *pro se* prisoner, filed this habeas corpus petition challenging a guilty finding by the Disciplinary Hearing Board ("DHB") at the Westville Correctional Center on September 22, 2006. Mr. Brown contends that this guilty finding deprived him of the ability to request 25% of his good time credit back from the Commissioner. Mr. Brown asserts that the DHB violated the Adult Disciplinary Procedure because it did not hold a rehearing within seven days of the order from the final reviewing authority.

Habeas corpus relief is only available for the violation of a federal right. 28 U.S.C. § 2254(a). This court cannot grant habeas corpus relief based on the violation of a prison rule, such as that alleged in the Petition. *See Estelle v. McGuire*, 502 U.S. 62 (1991).

> If it plainly appears from the petition and any attached exhibits that the petitioner is not entitled to relief in the district court, the judge must dismiss the petition and direct the clerk to notify the petitioner.

Section 2254 Habeas Corpus Rule 4.

For the foregoing reasons, the habeas corpus petition is **DISMISSED**.

SO ORDERED on November 30, 2006.

  s/ Theresa L. Springmann
 THERESA L. SPRINGMANN
 UNITED STATES DISTRICT COURT
 FORT WAYNE DIVISION